## No. 867.

### A. BERARD, Administrator, *v.* C. YOUNG, Sheriff, et als.

Where the execution under which the sale was to be made issued from the parish court, it is in that court that the disposal of the proceeds must be determined. The exception to the jurisdiction was properly taken.

APPEAL from the Third Judicial District Court, parish of Iberia. *Train*, J. *Deblanc & Fournet*, for plaintiff and appellant. *Joseph A. Breaux*, for defendants and appellees.

HOWELL, J. This is a proceeding by third opposition, in which the plaintiff claimed the proceeds of property about to be sold by the sheriff. The defendants except to the jurisdiction of the court *ratione materiæ*.

The execution, under which the sale was to be made, issued from the parish court, and it is in that court that the disposal of the proceeds must be determined. The exception was therefore properly maintained.

Judgment affirmed.